**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY OWEN BOLIN, | NO. SACV 11-00256 PSG (SS) |
| Petitioner, | |
| v. | **ORDER ADOPTING FINDINGS,** |
| R. GROUNDS, Warden, | **CONCLUSIONS AND RECOMMENDATIONS** |
| Respondent. | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

         **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

         **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 4, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE