**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY OWEN BOLIN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>R. GROUNDS, Warden,<br><br>　　　　　　Respondent. | NO. SACV 11-00256 PSG (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 4, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE